App. Div.] Second Department, December, 1910.

Walter J. Blair, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment and order of the Municipal Court unanimously affirmed, with costs, on the authority of *Blair* v. *Brooklyn, Queens County & Suburban R. R. Co.* (141 App. Div. 843), decided herewith. Present— Hirschberg, P. J., Woodward, Jenks, Burr and Rich, JJ.

Elias Bodger, Appellant, v. Rose Herman and Others, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Rich, JJ., concurred.

John G. Boldt, Respondent, v. The A. M. & W. H. Wiles Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $20,000, in which event the judgment, as modified, and order are affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Burr and Rich, JJ., concurred; Thomas, J., voted for a reversal.

Archibald Bowman, Appellant, v. Percy N. Furber and Others, Respondents. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas, and Carr, JJ., concurred.

Nora Carroll, Respondent, v. David G. Leggett, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present— Hirschberg, P. J., Woodward, Jenks, Burr and Rich, JJ.

Samuel Castell, Respondent, v. Law Car and General Insurance Corporation, Limited, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

Forrest S. Chilton and Others, Respondents, v. Morris Blutstein and Others, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Modeste A. Delhaye, Respondent, v. George Hildebrand, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Hirschberg, P. J., Woodward, Jenks, Burr and Rich, JJ.

Delia Dolan, as Administratrix, etc., of Michael Dolan, Deceased, Respondent, v. Hudson and Manhattan Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for error in the charge of the trial court shown at folio 601 of the record, on the authority of *Bria* v. *Westinghouse, Church, Kerr & Co.* (133 App. Div. 346) and *Milligan* v. *Clayville Knitting Co.* (137 id. 383). Woodward, Burr and Carr, JJ., concurred; Hirschberg, P. J., and Rich, J., dissented.

Empire State Surety Company, Respondent, v. Arthur H. Lockwood, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Rich and Carr, JJ., concurred; Burr, J., not voting.

Frederick G. Feldhus, Appellant, v. Henry Pistor and Louis Levy, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

Elsie Harrington Fitzgerald, Respondent, v. Cadillac Hotel Company and Others, Appellants.— Judgment and order unanimously affirmed, with costs.